**OFFICE OF THE CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF GEORGIA

| Correspondence: | 201 2ND ST STE 1000 | Payments: |
|---|---|---|
| CHAPTER 13 TRUSTEE | MACON GA  31201 | CHAPTER 13 TRUSTEE |
| P.O. BOX 954 | | MIDDLE DISTRICT OF GA |
| MACON GA  31202-0954 | TELEPHONE (478)742-8706 | PO BOX 102043 |
| | IN GA (800)522-0601 | ATLANTA GA  30368-2043 |
| | FAX (478)746-4488 | |

September 15, 2016

KYLE GEORGE, CLERK
UNITED STATES BANKRUPTCY COURT
P.O. BOX 1957
MACON, GA 31202

RE:   CASE #   16-50811-JPS
      Gloria Dean Smith

Dear Mr. George:

Please note the new address for the above-referenced Debtor:

  50 Pine Valley Rd
  Sparta, GA  31087

                                    Sincerely,

                                    /s/ Camille Hope
                                    _____
                                    CAMILLE HOPE, TRUSTEE
                                    OFFICE OF THE CHAPTER 13 TRUSTEE

dot